*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BED BATH & BEYOND OF ) <br> CALIFORNIA, LLC ) <br> ) <br> Defendant. ) <br> _____ | Case No. EDCV 11-01246 VAP (OPx) <br><br> **FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Defendant's Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendant on Plaintiff's claim for relief on the American with Disabilities Act, and his remaining state law claims be DISMISSED WITHOUT PREJUDICE to being filed in the Superior Court for the State of California. The Court orders that such judgment be entered.

Dated: June 26, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge