UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHRIS KOHLER,

        Plaintiff - Appellant,

  v.

BED BATH & BEYOND OF CALIFORNIA, LLC, Erroneously Sued As Bed Bath & Beyond of California Limited Liability Company, DBA Bed Bath & Beyond #1097,

        Defendant - Appellee.

No. 12-56302

D.C. No. 5:11-cv-01246-VAP-OP
U.S. District Court for Central California, Riverside

**ORDER**



RECEIVED
CLERK, U.S. DISTRICT COURT

1/15/2014

CENTRAL DISTRICT OF CALIFORNIA
BY:   CR   DEPUTY

     A review of the file in this case reveals that counsel has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

     Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case. Counsel for appellant is directed to notify immediately his/her client in writing regarding this dismissal.

     This order served on the district court shall constitute the mandate of this court.

                                    FOR THE COURT:
                                    Molly C. Dwyer
                                    Clerk of Court

                                    Allison Fung
                                    Deputy Clerk